UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| GREGORY HORNE, ) | |
| ) | CASE NO.: 2:20-cv-71 |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| VIKTOR KRECKER and ) | |
| IMPEL TRANSPORT, LTD, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF REMOVAL**

COME NOW Defendants, Viktor Krecker and Impel Transport, Ltd., by and through their attorneys, and pursuant to 28 U.S.C. § 1332, file this Notice of Removal with respect to the above-captioned case, which was filed and is currently pending in the Lake Superior Court, County of Lake, Crown Point, State of Indiana. In support of this Notice of Removal, the Defendants state as follows:

1. On January 27, 2020, Gregory Horne ("Plaintiff") filed his original action against the defendants, Viktor Krecker and Impel Transport, Ltd., in the Lake Superior Court, alleging personal injuries as a result of a motor vehicle accident that occurred on November 15, 2018. The lawsuit is recorded on that court's docket as Cause No. 45D05-2001-CT-000101. A copy of the Plaintiff's Complaint for Damages is attached hereto as Exhibit "A".

2. At both the time of the incident which is the subject of the plaintiff's Complaint for Damages, and at the time of the filing of this Notice of Removal, defendant Viktor Krecker is a citizen of Canada, residing in Winkler, Province of Manitoba, country of Canada; and Impel Transport, Ltd. is a limited company registered to do business in Canada with its principal place of business in Winkler, Province of Manitoba, country of Canada.

3. At both the time of the incident which is the subject of the plaintiff's Complaint for Damages, and at the time of the filing of this Notice of Removal, all of the principals of Impel Transport, Ltd. were residents of the country of Canada.

4. At both the time of the incident which is the subject of the plaintiff's Complaint for Damages, and at the time of the filing of this Notice of Removal, the plaintiff, Gregory Horne, was a citizen of the State of Florida.

5. This cause is removable under 28 U.S.C. § 1332 due to the diversity of the parties' citizenship and none of the impediments to removal under 28 U.S.C. § 1445 are present in this action.

6. Pursuant to Local Rule 81.1, defendants certify that to the best of their knowledge, information and belief, the amount in controversy exceeds Seventy-Five Thousand Dollars ($75,000.00) exclusive of interest and costs, as the plaintiff's Complaint for Damages has an open prayer for damages, and specifically alleges that the plaintiff sustained permanent injuries as a result of the accident.

7. On January 27, 2020, Ryan D. Etter filed his Appearance for the plaintiff, a copy of which is attached as Exhibit "B".

8. The Summons and Complaint were issued to defendant, Viktor Krecker, (via US Certified Mail) on or about January 27, 2020. A copy of the Summons is attached as Exhibit "C".

9. The Summons and Complaint were issued to defendant, Impel Transport, Ltd., (via US Certified Mail) on or about January 27, 2020. A copy of the Summons is attached as Exhibit "D".

10. The defendant, Impel Transport, Ltd., was served with the plaintiff's Complaint

on January 30, 2020. A copy of the Proof of Service is attached as Exhibit "E".

11. The defendant, Viktor Krecker, has not yet been served and no Proof of Service has been filed.

12. Because defendants have filed this Notice of Removal within thirty (30) days of service, this Notice of Removal is timely. See 28 U.S.C. § 1446(b).

13. On February 13, 2020, attorney Lyle R. Hardman filed his written Appearance on behalf of the defendants. A copy of defense counsel's written Appearance is attached as Exhibit "F".

14. The defendants. by counsel, filed their Answer to plaintiff's Complaint for Damages on February 13, 2020. A copy of the Answer is attached as Exhibit "G".

15. A copy of the Chronological Case Summary for the Lake Superior Court, Cause No. 45D05-2001-CT-000101 is attached as Exhibit "H".

10. Written notice is being provided to all adverse parties and to the Clerk of the Lake Superior Court contemporaneously with the filing of this Notice of Removal notifying them that this Notice is being filed in this Court.

WHEREFORE, defendants, Viktor Krecker and Impel Transport, Ltd., pray that the entire state court action under Cause Number 45D05-2001-CT-000101 now pending in the Lake Superior Court be removed to this Court and for any and all further remedies just and proper in the premises.

Dated this 17th day of February 2020.

Respectfully Submitted,

HUNT SUEDHOFF KALAMAROS LLP

By;  /s/ Lyle R. Hardman
Lyle R. Hardman (#16056-49)
Attorney for Defendants
205 W. Jefferson Blvd., Ste. 300
Post Office Box 4156
South Bend, IN 46634-4156
Telephone: (574) 232-4801

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 17th day of February 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all counsel of record.

/s/Lyle R. Hardman
Lyle R. Hardman     (#16056-49)