| | | | |
|---|---|---|---|
| STATE OF INDIANA | ) | IN THE LAKE | COURT |
| | ) SS: | | |
| COUNTY OF LAKE | ) | CAUSE NO. | |

GREGORY HORNE

VS.

VIKTOR KRECKER and
IMPEL TRANSPORT, LTD

## COMPLAINT FOR DAMAGES

Comes now the Plaintiff, Gregory Horne, by counsel, Ryan D. Etter of Ken Nunn Law Office, and for his cause of action against the Defendants, Viktor Krecker and Impel Transport, LTD, alleges and states as follows:

## STATEMENT AND JURISDICTION

1. This is a clear liability collision in which Defendants' 2005 Kenworth tractor and attached trailer, was negligently driven by Viktor Krecker causing a collision with the tractor trailer by Plaintiff, Gregory Horne. As a result of the collision, Plaintiff has incurred medical expenses, lost wages, and other special expenses in an amount to be proven at trial of this cause.

2. Jurisdiction and venue are appropriate in Lake County, Indiana, as said collision occurred within the boundaries of Lake County, State of Indiana.

## FIRST CAUSE OF ACTION

### NEGLIGENCE OF VIKTOR KRECKER

3. Plaintiff realleges and incorporates herein by reference paragraphs 1 through 2 above as if fully restated verbatim.

4. On or about November 15, 2018 Defendant Viktor Krecker negligently drove a tractor-trailer striking the tractor-trailer driven by Plaintiff, Gregory Horne.

5. Defendant Viktor Krecker had a duty to operate his tractor trailer in a safe and reasonable manner.

EXHIBIT A

6. Defendant Viktor Krecker failed in the above mentioned duties and is therefore negligent.

7. Defendant Viktor Krecker's negligence was the direct and proximate cause of Plaintiff's injuries.

8. Plaintiff Gregory Horne's injuries and damages are permanent.

9. As a direct and proximate result of Viktor Krecker's negligence, Gregory Horne has suffered lost wages.

10. Plaintiff, Gregory Horne, has incurred medical bills for the treatment of his injuries directly resulting from this collision.

11. As a direct and proximate result of Viktor Krecker's negligence, Gregory Horne has experienced physical and mental pain and suffering, lost wages, and has lost the ability to perform usual activities, resulting in a diminished quality of life.

## SECOND CAUSE OF ACTION

### NEGLIGENCE PER SE OF VIKTOR KRECKER

12. Plaintiff realleges and incorporates herein by reference paragraphs 1 through 11 above as if fully restated verbatim.

13. Viktor Krecker violated state and federal statutes and regulations including but not limited to Title 9 of the Indiana Code.

14. Defendant Viktor Krecker's statutory violations directly and proximately caused Plaintiff's damages and injuries.

15. Defendant Viktor Krecker is negligent per se based on these statutory and regulatory violations.

## THIRD CAUSE OF ACTION

### RESPONDEAT SUPERIOR OF IMPEL TRANSPORT, LTD

16. Plaintiff realleges and incorporates herein by reference paragraphs 1 through 15 above as if fully restated verbatim.

17. Defendant Viktor Krecker was the employee, agent, servant, or independent contractor for Impel Transport, LTD. Accordingly, Impel Transport, LTD is vicariously liable for the acts of Defendant Viktor Krecker for the causes of action above.

WHEREFORE, the Plaintiff, Gregory Horne, by counsel Ryan D. Etter of Ken Nunn Law Office, demands judgment against the Defendants, Viktor Krecker and Impel Transport, LTD for permanent injuries in a reasonable amount to be determined at the trial of this cause, for medical expenses, lost wages, and other special expenses, court costs and all other just and proper relief in the premises.

KEN NUNN LAW OFFICE

BY: *s/ Ryan D. Etter*
Ryan D. Etter, #27832-49
KEN NUNN LAW OFFICE
104 South Franklin Road
Bloomington, IN  47404
Phone: (812) 332-9451
Fax: (812) 331-5321
E-mail: ryane@kennunn.com

## REQUEST FOR TRIAL BY JURY

Comes now the plaintiff, by counsel, Ken Nunn Law Office, and requests that this matter be tried by jury pursuant to Trial Rule 38.

KEN NUNN LAW OFFICE

BY: *s/ Ryan D. Etter*
Ryan D. Etter, #27832-49
KEN NUNN LAW OFFICE
104 South Franklin Road
Bloomington, IN  47404
Phone: (812) 332-9451
Fax: (812) 331-5321
E-mail: ryane@kennunn.com

Ryan D. Etter, #27832-49
Ken Nunn Law Office
104 South Franklin Road
Bloomington, IN 47404
Telephone:  812-332-9451
Fax Number:  812-331-5321
Attorney for Plaintiff